# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS) |

| | |
|---|---|
| REVSTONE INDUSTRIES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT R. HOFMEISTER and GEORGE )<br>S. HOFMEISTER )<br>)<br>Defendants. ) | Adv. Proc. No.: 14-50977 (BLS) |

## NOTICE OF MOTION

Please take notice that Defendants, Scott R. Hofmeister ("Scott") and George S. Hofmeister ("GSH"), hereby move this Court for an order dismissing Plaintiffs' Complaint.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and is based upon the grounds, among other things, that Plaintiffs' Complaint is duplicative of another lawsuit Plaintiffs' assignor currently has pending against Defendants before this very Court, Adv. Proc. Number 14-50033-BLS. Plaintiffs' current lawsuit is both duplicative, improperly splits claims, and is asserted merely for the purpose of circumventing the rules pertaining to the amendment of complaints, *Fed. R. Civ. P. 15*.

This motion is based upon this Notice, and the Memorandum of Points and Authorities, all of which are attached hereto or filed concurrently herewith, as well as upon all other papers and pleadings previously on file with this Court and any other evidence and argument that may be presented at the time of the hearing on this motion.

|  |  |
|---|---|
| OF COUNSEL:<br><br>SHELDON S. TOLL PLLC<br>Sheldon S. Toll (Mich Bar No. P-21490)<br>P. O. Box 4297<br>Southfield, MI 48037<br>(248) 351-5480<br>lawtoll@comcast.net<br><br>Dated: February 2, 2015 | */s/ Evan O. Williford*<br>Evan O. Williford (No. 4162)<br>The Williford Firm LLC<br>901 N. Market Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-5924<br>evanwilliford@thewillifordfirm.com<br>   *Attorneys for Scott R. Hofmeister and*<br>*George S. Hofmeister* |