## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Reorganized Debtors. | Jointly Administered |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br><br>            Plaintiff,<br>   v.<br><br>SCOTT R. HOFMEISTER, et al.,<br><br>            Defendants. | Adv. No. 14-50977 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br><br>            Plaintiff,<br>   v.<br><br>SCOTT R. HOFMEISTER, et al.,<br><br>            Defendants. | Adv. No. 14-50984 (BLS) |

## ORDER GRANTING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SCOTT R. HOFMEISTER

This matter having come before the Court on the *Trustee's Motion for Summary Judgment Against Defendant Scott R. Hofmeister* (the "Motion") filed by Fred C. Caruso, the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust (the "Trustee"); and the Court having considered the Motion, the declarations and other evidence submitted in support of the Motion, all responses to the Motion, and the arguments presented by counsel; and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

it appearing, for the reasons stated on the record at the hearing(s) on the Motion, that good cause exists to grant the relief requested in the Motion; it is hereby[2]

ORDERED that the Motion is GRANTED; and it is further

ORDERED that judgment ("Judgment") on the First Claim for Relief of the Spara Complaint, the Second Claim for Relief of the Spara Complaint, the First Claim for Relief of the Revstone Complaint and the Second Claim for Relief of the Revstone Complaint shall be entered against Defendant Scott R. Hofmeister, and in favor of the Trustee, in the total amount of $194,999.94; and it is further

ORDERED that post-judgment interest on the amount of the Judgment shall accrue and be payable by Defendant Scott R. Hofmeister to the Trustee at the federal rate from the date of entry of the Judgment to the date the Judgment is paid in full; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order and/or the Judgment.

Dated: _____, 2017

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

DOCS_LA:305260.1 73864/030