# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>             Reorganized Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>             Plaintiff,<br>   v.<br>SCOTT R. HOFMEISTER, et al.,<br>             Defendants. | Adv. No. 14-50977 (BLS) |
| FRED C. CARUSO, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust,<br>             Plaintiff,<br>   v.<br>SCOTT R. HOFMEISTER, et al.,<br>             Defendants. | Adv. No. 14-50984 (BLS) |

**TRUSTEE'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SCOTT R. HOFMEISTER**

Plaintiff Fred C. Caruso, solely in his capacity as the Revstone/Spara Litigation Trustee for the Revstone/Spara Litigation Trust (the "Trustee"), successor in interest to Revstone Industries, LLC and Spara, LLC in the above-captioned adversary proceedings, respectfully submits this appendix of exhibits in support of the *Trustee's Motion for Summary Judgment*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

DOCS_LA:305256.1 73864/030

*Against Defendant Scott R. Hofmeister*, filed concurrently herewith.[2]  The exhibits submitted by the Trustee are attached hereto as follows:

| Exhibit No. | Description of Exhibit | Appendix Pages |
|---|---|---|
| A | Revstone Complaint: *Complaint to Avoid and Recover Fraudulent Transfers, Unauthorized Post-Petition Transfers and Related Relief* [D.I. 1] and *Exhibit 1 to Complaint to Avoid and Recover Fraudulent Transfers, Unauthorized Post-Petition Transfers and Related Relief* [D.I. 5] in the Revstone Action | A001-A014 |
| B | Spara Complaint: *Complaint to Avoid and Recover Fraudulent Transfers and Related Relief* [D.I. 1] in the Spara Action | A015-A024 |
| C | Revstone Expert Designation: *Trustee's Initial Expert Witness Designation* in the Revstone Action | A025-A030 |
| D | Revstone Expert Report: *Initial Expert Report of James M. Lukenda Regarding Revstone Industries, LLC* | A031-A201 |
| E | Spara Expert Designation: *Trustee's Initial Expert Witness Designation* in the Spara Action | A202-A205 |
| F | Spara Expert Report: *Initial Expert Report of James M. Lukenda Regarding Spara, LLC* | A206-A242 |
| G | Excerpts from Transcript of December 15, 2016 Deposition of Scott R. Hofmeister ("Hofmeister Deposition") the Revstone Action and Spara Action | A243-A293 |
| H | June 29, 2011 Wire Confirmation – Ex. 4 to the Hofmeister Deposition | A294-A295 |
| I | November 15, 2011 Email Chain – Ex. 7 to the Hofmeister Deposition | A296-A298 |

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the *Trustee's Opening Brief in Support of Motion for Summary Judgment Against Defendant Scott R. Hofmeister*, filed concurrently herewith.

| **Exhibit No.** | **Description of Exhibit** | **Appendix Pages** |
|---|---|---|
| J | Excerpts from 2012 Payroll Register for Revstone Industries, LLC | A299-A301 |
| K | February 27, 2012 Email Chain – Ex. 8 to the Hofmeister Deposition | A302-A303 |
| L | April 2, 2012 Email Chain – Ex. 9 to the Hofmeister Deposition | A304-A305 |
| M | June 18, 2012 Email Chain – Ex. 10 to the Hofmeister Deposition | A306-A309 |

Dated:  April 14, 2017    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Elissa A. Wagner (CA Bar No. 213589)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
           akornfeld@pszjlaw.com
           ewagner@pszjlaw.com
           crobinson@pszjlaw.com

Counsel for the Revstone/Spara Litigation Trustee

DOCS_LA:305256.1 73864/030