IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE REVSTONE INDUSTRIES, LLC, *et al.*, | : | Chapter 11 |
| | : | Bankr. No. 12-13262-BLS |
| Debtors. | : | (Jointly Administered) |

| | | |
|---|---|---|
| FRED C. CARUSO, TRUSTEE., | : | |
| | : | Adv. No. 14-50977-BLS |
| Plaintiff, | : | Adv. No. 14-50984-BLS |
| | : | |
| v. | : | |
| | : | |
| SCOTT R. HOFMEISTER, *et al.*, | : | Civ. No. 18-207-CFC |
| | : | Civ. No. 18-208-CFC |
| Defendants. | : | |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

1. The Motion for Reconsideration (18-207-CFC, D.I. 2) is DENIED as moot.

2. The proposed findings of fact and conclusions of law, set forth in the Opinion issued by the Bankruptcy Court on November 15, 2017 and incorporated by the Report and Recommendations issued by the Bankruptcy Court on November 30, 2017 (18-207-CFC, D.I. 1), are ADOPTED.

3. A separate Judgment will be entered in favor of Trustee and against

Defendant with respect to the First Claim for Relief and the Second Claim for Relief set forth in the Spara Complaint, and with respect to the First Claim for Relief and the Second Claim for Relief set forth in the Revstone Complaint, in the total amount of $194,999.94. Post-judgment interest on the amount of the Judgment shall accrue and be payable by Defendant Scott R. Hofmeister to the Trustee at the federal rate from the date of entry of the Judgment to the date the Judgment is paid in full.

4. The parties are DIRECTED to confer and submit a proposed form of Judgment within 30 days of the entry of this Order.

Entered this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

2